**Recommendation and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Docket No:   0972 1:04CR05180-001** |
| ) | |
| **Jason Michael Cortese**  ) | |
| ) | |

**LEGAL HISTORY:**

On 12/6/2004, the above-named was sentenced to Supervised Release for a period of 3 years, in reference to the offense of Felon in Possession of a Firearm. Supervision commenced on April 25, 2012.

**SUMMARY OF CASE:**

On April 21, 2014, in Docket Number 1:10CR0048, the supervisee was found in violation of supervision and was committed to the Bureau of Prisons for a term of two years with no term of supervision to follow. This offender also had Docket Number 1:04CR05180-001, which at that time was running inactive in regards to his supervision, and failed to be included in violation proceedings.

The probation officer consulted with the offender's attorney and the United States Attorney's Office, and they are in agreement that Docket Number 1:04CR05180-001 should have terminated on April 21, 2014, the same day as Docket Number 1:10CR00448-001.

**Re:**    **Jason Michael Cortese**
         **Docket No:    0972 1:10CR00448-001**
         **Recommendation and Order Terminating Supervised Release**
         <u>**Prior to Expiration Date**</u>

<u>**RECOMMENDATION:**</u>

It is, therefore, respectfully recommended that Supervised Release in this case be terminated as of April 21, 2014.

                         Respectfully submitted,

                         /s/ Megan Pascual

                         Megan Pascual
                         United States Probation Officer

Dated:    February 24, 2016
          Fresno, California
          MDP/rla


                    /s/ Tim Mechem
**REVIEWED BY:**    **Tim Mechem**
                    **Supervising United States Probation Officer**


IT IS SO ORDERED.

Dated:    February 29, 2016                    _____
                                               SENIOR   DISTRICT   JUDGE